■ Ralph P. Pennino, Respondent, v Laser Surge, Inc.,

et al., Appellants. [617 NYS2d 684] —Motion for stay denied. Memorandum: Defendants have not offered any facts to establish that they will be prejudiced if a stay is not granted or to demonstrate a meritorious appeal. Moreover, defendants have given no indication of the subject matter of the challenged disclosure. Present—Green, J. P., Balio, Lawton, Fallon and Doerr, JJ.